IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00404-PSF-MEH

BRUCE L. WENG and
PATRICIA M. WENG,

      Plaintiffs,

v.

M&H INVESTMENT, INC.; d/b/a Comfort Inn, a/k/a Comfort Inn Brighton;
CHOICE HOTELS INTERNATIONAL, INC.;
MYONG J. KIM;
HO CHAN KIM; and
CHARLES KIM;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 14, 2007.**

      Defendants' Unopposed Motion to Vacate Settlement Conference [filed August 13, 2007; doc #26] is **granted**. The Settlement Conference scheduled in this case for August 30, 2007 is vacated.

      Upon notice by the parties of settlement of this matter, the Court **orders** that settlement papers be filed on or before September 10, 2007.