IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00404-PSF-MEH

BRUCE L. WENG; and
PATRICIA M. WENG,

    Plaintiffs,

v.

M&H INVESTMENT, INC. (d/b/a Comfort Inn, a/k/a Comfort Inn Brighton);
CHOICE HOTELS INTERNATIONAL, INC.;
MYONG J. KIM;
HO CHAN KIM; and
CHARLES KIM,

    Defendants.

## ORDER GRANTING DISMISSAL

Having reviewed the parties' Stipulation for Dismissal with Prejudice (Dkt. # 30), and being fully advised in the matter, the Court hereby

ORDERS that the above-captioned case is dismissed with prejudice, each party to pay his, her, or its own costs and attorneys' fees.

DATED: September 7, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge